# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | |
|---|---|
| **GENNIE BURLISON,** | ) |
| Plaintiff, | ) |
| v. | ) NO. 1:22-cv-00038 |
| **KILOLO KIJAKAZI,** | ) JUDGE CAMPBELL |
| *Acting Commissioner of Social Security* | ) MAGISTRATE JUDGE HOLMES |
| Defendant. | ) |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 14), which was filed on December 6, 2022. Through the Report and Recommendation, the Magistrate Judge recommends that Defendant's motion for remand (Doc. No. 13) be granted, the decision of the Commissioner be reversed, and that this matter be remanded for further proceedings. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Defendant's motion for remand (Doc. No. 13) is **GRANTED**; this case is remanded to the Commissioner for further proceedings pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g).

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE